■ In the Matter of the Claim of DARLENE TERWILLIGER, an Infant, by Her Guardian ad Litem, SALLY ROBINSON, Appellant, v. TOWN OF COVERT, Respondent.— Order unanimously affirmed, without costs of this appeal to either party, and without prejudice to the plaintiff to renew upon appropriate papers including an affidavit of the infant plaintiff. (Appeal from order of Seneca Special Term, County Court, denying motion to file a late notice of claim.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ VIOLA RAMPELLO et al., Appellants, v. CRAIG T. JONES et al., Respondents.— Judgment insofar as it is in favor of plaintiff Sam Rampello, and the order, as to said plaintiff, unanimously affirmed, without costs. Judgment insofar as it is in favor of plaintiff Viola Rampello, and the order, as to said plaintiff, unanimously reversed and a new trial granted on the question of damages only, with costs to appellant to abide the event. Memorandum: The verdict in favor of Viola Rampello is inadequate. (Appeal from judgment of Monroe Trial Term for plaintiffs in an automobile negligence action; also appeal by plaintiffs from an order denying motion to set aside the verdict of the jury upon all grounds except excessiveness.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.

■ JOSEPH J. VITALE, Appellant, v. JOHN DE LEEUW et al., Constituting the Town Board of the Town of Caledonia, et al., Respondents.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: It appears that the issues tendered in the action for declaratory judgment are identical with those passed upon by our decision in the companion case. This being so, Special Term can properly entertain a motion to dismiss the complaint in this action on the ground that the issues tendered have become academic. (Appeal from order of Livingston Special Term denying plaintiff's motion for summary judgment.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.